# ROBERT LIEDER v. AUGUST SCHROEDER.[1]

December 22, 1911.

Nos. 17,275—(30).

**Boundary — evidence.**

Action to determine a boundary line. The court decided the case in defendant's favor, and denied a motion for a new trial. *Held:* The findings are sustained by the evidence and the order appealed from is affirmed. [Reporter.]

Action in the district court for Nicollet county to establish the boundary line between certain premises. The case was tried before Olsen, J., who made findings and as conclusions of law ordered judgment fixing and establishing the true location of the government quarter corner at the southeast corner of the northeast quarter of section 35, township 110, range 30. From an order denying plaintiff's motion for a new trial, he appealed. Affirmed.

*Albert Pfaender* and *George T. Olsen,* for appellant.

*Jos. A. Eckstein, Ella Steed* and *Alfred W. Mueller,* for respondent.

PER CURIAM.

This action was brought to establish the correct boundary line between the lands of the parties. The question in dispute was the location of a government quarter section corner. The trial court decided the case in defendant's favor, and denied a motion for a new trial. Plaintiff appealed from the order.

The only question on this appeal is whether the findings of the trial court are sustained by the evidence. We have examined the record and conclude that the order appealed from must be affirmed.

Order affirmed.

[1] Reported in 133 N. W. 1134.